Document    Page 1 of 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NATALIE M. NEBBLETT,<br><br>　　　　　　　　　　　　　Debtor, | Chapter 11<br>Case No. 11-27398 |
| GE CAPITAL CORPORATION,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATALIE M. NEBBLETT, GERALD M. SHERMAN, JERSEY SHORE ORTHODONTICS, LLC, and NAT I, LLC,<br><br>　　　　　　　　　　　　　Defendants. | A.P. No. 11-02587-RTL |

**CERTIFICATE OF SERVICE**

I, Jonathan R. Miller, hereby certify as follows:

1.　On or about March 1, 2012, I caused a copy of the complaint and summons in the above-captioned matter to be served via regular and certified mail, together with copies of the Court's pretrial instructions and blank form of Joint Pretrial Order, upon the following:

Jersey Shore Orthodontics, LLC　　　　Gerald M. Sherman
c/o Natalie M. Nebblett　　　　　　　　3 Geraldine Court
3 Geraldine Court　　　　　　　　　　　Farmingdale, NJ 07727
Farmingdale, NJ 07727

NAT I, LLC
c/o Natalie M. Nebblett
3 Geraldine Court
Farmingdale, NJ 07727

2. Attached to this certification are true and correct copies of the U.S. Postal Service domestic return receipts, indicating that each of the foregoing defendants were served on March 6, 2012.

3. Also, to date none of the documents mailed via regular mail have been returned, undelivered, to this office.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: April 18, 2012

 */s/ Jonathan R. Miller*
Jonathan R. Miller, Esq.
**WONG♦FLEMING, P.C.**
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, New Jersey 08543-3663
P: 609 951 9520
jmiller@wongfleming.com
*Attorneys for GE Capital Corporation*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gerald M. Sherman
   3 Geraldine Court
   Farmingdale NJ 07727

2. Article Number
   (Transfer from service label)

   7011 0110 0002 2392 5181

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  3/6/0

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.10 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.05 |

Postmark Here

Sent To: Gerald M. Sherman
Street, Apt. No.; or PO Box No.: 3 Geraldine Court
City, State, ZIP+4: Farmingdale NJ 07727

7011 0110 0002 2392 5181

PS Form 3800, August 2006    See Reverse for Instructions

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X [signature]

B. Received by (Printed Name)

D. Is delivery address different
   If YES, enter delivery add...

1. Article Addressed to:

Jersey Shore Orthodontics LLC
c/o Natalie M. Nebblett
3 Geraldine Court
Farmingdale NJ 07727

3. Service Type
   ☑ Certified Mail   ☐
   ☐ Registered       ☐
   ☐ Insured Mail     ☐

4. Restricted Delivery? (E...

2. Article Number
   (Transfer from service label)     7011 0110 0002 239...

PS Form 3811, February 2004     Domestic Return Receipt



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $ 2.10
Certified Fee  2.95
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 5.05

Sent To: Jersey Shore Orthodontics, LLC c/o Natalie Nebblett
Street, Apt. No.; or PO Box No.: 3 Geraldine Court
City, State, ZIP+4: Farmingdale NJ 07727

7011 0110 0002 2392 5204

PS Form 3800, August 2006    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NAT I, LLC
   c/o Natalie M. Nebblett
   3 Geraldine Court
   Farmingdale NJ 07727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery   3/6/?

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7011 0110 0002 2392 5389

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.10 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.05 |

Postmark Here

Sent To: NAT I, LLC c/o Natalie M. Nebblett
Street, Apt. No.; or PO Box No.: 3 Geraldine Court
City, State, ZIP+4: Farmingdale NJ 07727

PS Form 3800, August 2006    See Reverse for Instructions

7011 0110 0002 2392 5389