## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re NATALIE M. NEBBLETT,<br><br>        Debtor, | Chapter 11<br>Case No. 11-27398 |
| GE CAPITAL CORPORATION,<br><br>        Plaintiff,<br><br> v.<br><br>NATALIE M. NEBBLETT, GERALD M. SHERMAN, JERSEY SHORE ORTHODONTICS, LLC, and NAT I, LLC,<br><br>        Defendants. | A.P. No. 11-2587<br><br><br>**REQUEST FOR ENTRY OF DEFAULT** |

Please enter upon the docket default against Defendants, Jersey Shore Orthodontics, LLC, and NAT I LLC, in the above-entitled adversary proceeding for failure to plead or otherwise defend as provided by the rules of this Court.

Date: June 13, 2012

/s/ Jonathan R. Miller
  Jonathan R. Miller, Esq.

**WONG♦FLEMING, P.C.**
*Attorneys for GE Capital Corporation*
821 Alexander Road, Suite 150
P.O. Box 3663
Princeton, New Jersey 08543-3663
Tel. 609-951-9520
jmiller@wongfleming.com

## CERTIFICATION

1.      I am the attorney for plaintiff in the above-entitled adversary proceeding.

2.      This matter was commenced on November 17, 2011, by way of Adversary Proceeding Complaint filed by Plaintiff, GE Capital Corporation.

3.      Summonses were initially issued by the Court on November 17, 2011.

4.      On or about May 3, 2012, Plaintiff's prior request for entry of default against Jersey Shore and NAT I was deemed deficient due to untimely service under Rule 7004(e). *See ECF Docket #12, #14.*

5.      That same day, Plaintiff requested issuance of alias summonses. *See ECF Docket #15.*

6.      Alias summonses were issued by the Court on May 7, 2012.

7.      On or about May 9, 2012, I mailed copies of the alias summons and complaint to Jersey Shore and NAT I, via regular mail addressed to the care of their principal and sole owner, Natalie M. Nebblett, at Dr. Nebblett's home address, 3 Geraldine Court, Farmingdale, N.J. 07727. *Cf. Rule 7004(b)(3).*

8.      To date, none of the documents mailed via regular mail have been returned, undelivered, to this office.

9.      The time within which Jersey Shore and NAT I may answer or otherwise defend has expired and has not been extended or enlarged.

10.     Defendants, Jersey Shore Orthodontics, LLC, and NAT I LLC  have not answered or otherwise defended.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Date:  June 13, 2012                          /s/ Jonathan R. Miller
                                             Jonathan R. Miller, Esq.

                                             **WONG♦FLEMING, P.C.**
                                             *Attorneys for GE Capital Corporation*

## CERTIFICATE OF SERVICE

I, Jonathan R. Miller, hereby certify that, on this date, I caused to be served a copy of the within paper, with all exhibits thereto, as follows:

*via ECF:*

**Allen I. Gorski, Esq.**                          **Eugene D. Roth**
Teich, Groh                                         Law Office of Eugene D. Roth
691 State Highway 33                                Valley Pk. East
Trenton, N.J. 08619                                 2520 Hwy 35, Suite 307
                                                    Manasquan, NJ 08736

*via U.S. mail :*

Office of the United States Trustee
Department of Justice
One Newark Center, Suite 2100
Newark, New Jersey 07102
**Attn: Jeffrey M. Sponder, Esq.**

Date: June 13, 2012                                */s/ Jonathan R. Miller*
                                                    Jonathan R. Miller